| AO 10<br>Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2011 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>DIAMOND, GUSTAVE | 2. Court or Organization<br><br>U.S. District Court, W.D. PA | 3. Date of Report<br><br>07/30/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>   magistrate judges indicate full- or part-time)<br><br>U.S. District Judge (Senior) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |
| 7. Chambers or Office Address<br><br>U.S. District Court, W.D. PA<br>U.S.P.O. & Courthouse, Suite 8270<br>Pittsburgh, PA 15219 | | |
| **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,<br>checking the NONE box for each part where you have no reportable information. Insert signature on last page.* | | |

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| DIAMOND, GUSTAVE | 07/30/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DIAMOND, GUSTAVE | 07/30/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DIAMOND, GUSTAVE | 07/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Fidelity Equity Income Fund, IRA | A | Dividend | J | T | Redeemed (part) | 12/01/11 | J | | |
| 2. Citibank NA S.D. | A | Interest | J | T | | | | | |
| 3. AFLAC, Stock | A | Dividend | K | T | | | | | |
| 4. American Balanced Fund | A | Dividend | K | T | | | | | |
| 5. H.J. Heinz | A | Dividend | J | T | Buy | 03/11/11 | J | | |
| 6. Microsoft Corp. | A | Dividend | J | T | | | | | |
| 7. Chevron | A | Dividend | J | T | | | | | |
| 8. Procter & Gamble, Stock | A | Dividend | K | T | | | | | |
| 9. Merck | A | Dividend | J | T | Buy | 06/23/11 | J | | |
| 10. Verizon | A | Dividend | J | T | | | | | |
| 11. Allegheny Co. PA Sanitary Auth. Bond | A | Interest | K | T | | | | | |
| 12. Suntrust Banks | A | Dividend | J | T | | | | | |
| 13. American Funds Growth Fund of America | A | Dividend | K | T | Sold (part) | 06/07/11 | J | C | |
| 14. PA State Second Sec. Bond | A | Interest | K | T | | | | | |
| 15. State Public School Building Authority Bond | A | Interest | K | T | | | | | |
| 16. Phila PA Gas Works | A | Interest | J | T | Buy | 06/23/11 | J | | |
| 17. American Funds Global Balanced | A | Dividend | K | T | Buy | 05/02/11 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DIAMOND, GUSTAVE | 07/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. LM CBA Equity Income Builder | A | Dividend | J | T | Buy | 05/02/11 | J | | |
| 19. Am. Funds, Capital Income Builder | C | Dividend | M | T | | | | | |
| 20. Am. Funds, Fundamental Investors Fund | A | Dividend | K | T | | | | | |
| 21. PA Public School Building Bond | A | Interest | K | T | | | | | |
| 22. PA State Higher Edu. Bond | A | Interest | K | T | | | | | |
| 23. Philadelphia, PA Hosp. Bond | A | Interest | K | T | | | | | |
| 24. Income Fund of America | D | Dividend | M | T | | | | | |
| 25. Income Fund of America 529A | A | Dividend | J | T | | | | | |
| 26. American High Income Trust 529A | A | Dividend | J | T | | | | | |
| 27. BGE-Capital Trust II | B | Interest | K | T | | | | | |
| 28. New World Fund | A | Dividend | | | Redeemed | 11/07/11 | J | | |
| 29. American High Income Trust Fund | D | Dividend | L | T | | | | | |
| 30. American Funds, Cap. Income Builder | C | Dividend | L | T | | | | | |
| 31. Legg Mason Value Trust | A | Dividend | J | T | Sold (part) | 05/02/11 | J | A | Note 2 |
| 32. Bond Fund of America | A | Dividend | J | T | | | | | |
| 33. Small Cap World Funds | A | Dividend | J | T | Sold (part) | 11/14/11 | J | A | |
| 34. Am. Funds, New Perspective Fund | A | Dividend | | | Sold | 05/02/11 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DIAMOND, GUSTAVE | 07/30/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Income Fund of America | B | Dividend | K | T | | | | | |
| 36. Investment Co. of Am. | B | Dividend | L | T | | | | | |
| 37. Pimco Real Return Fund | A | Dividend | K | T | | | | | |
| 38. Citibank NA S.D. | A | Interest | J | T | | | | | |
| 39. Tax Exempt Bond Fund of America | A | Interest | K | T | | | | | |
| 40. Income Fund of America | C | Dividend | L | T | | | | | |
| 41. American High Income Bond Fund | A | Interest | J | T | | | | | |
| 42. AT & T Inc. | A | Dividend | K | T | Buy | 01/28/11 | J | | |
| 43. Fed Ex Corp Stock | A | Dividend | J | T | | | | | |
| 44. Investment Co. of America | A | Dividend | K | T | | | | | |
| 45. Total S.A. Spons ADR | A | Dividend | J | T | Buy | 01/28/11 | J | | |
| 46. Fidelity, Equity Income, IRA | B | Dividend | K | T | Part Redeem | 12/01/11 | J | A | |
| 47. Fidelity, Equity Income Individual | A | Dividend | J | T | Buy | 12/01/11 | J | | |
| 48. Fidelity, Canada | A | Dividend | K | T | | | | | |
| 49. Fidelity, Latin America | A | Dividend | K | T | | | | | |
| 50. Fidelity Fifty | A | Dividend | J | T | | | | | |
| 51. Wal-Mart Stores, Inc., stock | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DIAMOND, GUSTAVE | 07/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. PNC Money Market | A | Interest | K | T | | | | | |
| 53. Dollar Bank Savings Account | A | Interest | J | T | Open | 7/15/11 | J | | |
| 54. Money Market Fund 529A | A | Dividend | | | Distributed | 8/9/10 | J | A | Note 3 |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DIAMOND, GUSTAVE | 07/30/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

NOTES

1. The bank accounts reported at lines 49 and 64 of my 2010 report were depleted and closed in March and June 2011 to purchase stocks and bonds reported herein.

2. Line 31 D (4) represents an actual loss.

3. As indicated in footnote 3 of my 2010 report, the balance of this fund was distributed to me on August 10, 2010 for payment of                college expenses. I indicated this incorrectly in the body of that report by showing a "Redeemed (part)." Please accept this as an amendment of that report reporting that this fund was completely distributed on August 9, 2010.

| Name of Person Reporting | Date of Report |
|---|---|
| DIAMOND, GUSTAVE | 07/30/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ GUSTAVE DIAMOND

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544